# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| JAMES WHITE | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:24-cv-6-RWS-JBB |
| | § | |
| SHALESA LOUDEN AND MARTIN | § | |
| TRANSPORTATION SYSTEMS INC. | § | |
|     *Defendants.* | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. Docket No. 39. In the joint stipulation, the parties stipulate to the dismissal with prejudice of each and all causes of actions asserted and that "all court costs incurred in the prosecution and defense of this cause of action are to be taxed against the parties incurring same." *Id.* After review, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 13th day of January, 2025.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE